ROBERTSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. RApp.P.; § 25-5-57(a)(4)b., Ala.Code 1975; Ex parte Trinity Indus., Inc., 680 So.2d 262 (Ala.1996); Ex parte Alabama Ins. Guar. Ass’n, 667 So.2d 97 (Ala.1995); and Edwards v. Jesse Stutts, Inc., 655 So.2d 1012 (Ala.Civ.App.1995).
YATES, MONROE, and CRAWLEY, JJ., concur.
THOMPSON, J., concurs specially.